ACCEPTED
04-14-00878-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/21/2015 7:42:08 PM
KEITH HOTTLE
CLERK

## No. 04-14-00878-CR

In the
Court of Appeals
for the
Fourth District of Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

1/21/2015 7:42:08 PM

KEITH E. HOTTLE
Clerk

————————◆————————

## No. 2013CR10841W

In the 437th District Court
Bexar County, Texas

————————◆————————

## MATTHEW DOUGLAS HAYES

*Appellant*

V.

## THE STATE OF TEXAS

*Appellee*

————————◆————————

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLATE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

APPELLANT, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, appellant submits the following:

1. Appellant was charged with aggravated robbery.

2. Appellant pled guilty to the charged offense and submitted to a pre-sentence investigation. After a hearing, the court sentenced appellant to 7 years confinement in the Institutional Division of the Texas Department of Criminal Justice on September 9, 2014.

3. Notice of appeal was filed on December 16, 2014.

4. Appellant's brief is due on January 21, 2015.

5. Appellant seeks an extension to file his brief until March 20, 2015.

6. The following facts are relied upon to show good cause for the requested extension:

   a. Counsel has been acting as co-counsel on a case involving Garcia Glen White. Mr. White is set to be executed on January 28, 2015.

   b. Counsel had to prepare for a hearing in another capital case, *Ex parte Williams,* Cause No. 1088181-A that was held on January 14, 2015.

   c. Counsel has filed subsequent writs in *Ex parte Williams,* Cause Nos. 1088181-B and 1088181-C.

7. Appellant's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

**/s/MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been delivered via email to the following address:

Bexar County District Attorney's Office
ATTN: Rico Valdez

/s/MANDY MILLER
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com